IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MORRIS S. LALEZARIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARCUS & MILLICHAP REAL ESTATE | ) |
| INVESTMENT SERVICES INC., | ) |
| JOSHUA JANDRIS, MARK MYERS, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:16-CV-2990-C |

ORDER

Defendants shall provide the Court with a courtesy copy of the Appendix in Support of Defendants' Renewed Motion for Summary Judgment and all attachments[1] on or before 3:00 p.m. on February 9, 2018. The courtesy copies should be delivered to the Court at the following address:

1205 Texas Avenue, Room C-210, Lubbock, Texas 79401.

SO ORDERED.

Dated this 30th day of January, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The copies should be stapled or bound.